UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENZER BELL,

               Plaintiff,

- against -

DANIEL H. PLANTE et al.,

               Defendant.

20 Civ. 4598 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The defendants' motion to dismiss the complaint is due **November 13, 2020**. The plaintiff's response to the motion to dismiss is due **December 4, 2020**. The defendants' reply is due **December 16, 2020**.

The application by the plaintiff for entry of default against all defendants in Docket no. 17 is **denied**.

The Clerk is directed to close any outstanding motions.

The pro se office is directed to send the pro se plaintiff information about service via ECF.

The Chambers will send a copy of this order to the pro se plaintiff.

**SO ORDERED.**

Dated:    New York, New York
           October 22, 2020

                                        John G. Koeltl
                                   United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/2020

Copy mailed to pro se party(ies) at docket address