```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────────
RENZER BELL,                                  20 Civ. 4598 (JGK)

                    Plaintiff,               ORDER

       - against -

DANIEL H. PLANTE et al.,

                    Defendant.
─────────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

The plaintiff's time to respond is extended to **January 19, 2021.** The defendants' time to reply is **February 2, 2021.** The Chambers will send a copy of this order to the pro se plaintiff.

**SO ORDERED.**

Dated:   New York, New York
         December 3, 2020

                                    /s/ John G. Koeltl
                                       John G. Koeltl
                              United States District Judge