UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RENZER BELL,                                    20 Civ. 4598 (JGK)

        Plaintiff,                    ORDER

    - against -

DANIEL H. PLANTE et al.,

        Defendant.

---

JOHN G. KOELTL, District Judge:

    The Court will transmit all Orders to the pro se plaintiff by email at qirad@comcast.net.

SO ORDERED.

Dated:    New York, New York
           December 4, 2020

                                    /s/ John G. Koeltl
                                       John G. Koeltl
                              United States District Judge